IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 JAN 23 PM 4:04

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | 8:20CR38 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 111(a)(1) & (b) |
| JACOB A. BRUN, | 18 U.S.C. § 924(c)(1)(A) |
| | 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(2) |

The Grand Jury charges that

## COUNT I

On or about December 19, 2019, in the District of Nebraska, JACOB A. BRUN, defendant herein, did knowingly and feloniously assault, resist, oppose, impede, intimidate, and interfere with Victim 1, a Task Force Officer with the Federal Bureau of Investigation, while Victim 1 was engaged in the performance of his official duties. It is further alleged that the defendant did the act or acts with a deadly or dangerous weapon.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT II

On or about December 19, 2019, in the District of Nebraska, JACOB A. BRUN, defendant herein, did knowingly use, and carry, a .380 caliber Taurus handgun, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, assault with a deadly weapon on a federal officer, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

1

## COUNT III

On or about December 19, 2019, in the District of Nebraska, JACOB A. BRUN, defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: on or about November 8, 2018, in the District Court of Douglas County, Possession of a Controlled Substance, a felony, did knowingly possess in and affecting interstate commerce, a firearm, that is a .380 caliber Taurus handgun, said firearm having been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

Lesley A. Woods #TX 24092092
Assistant United States Attorney