### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:20CR38 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| v. | ) | |
| | ) | |
| JACOB A BRUN, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

John Velasquez hereby enters his appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 3rd day of February, 2020.

Respectfully submitted,

Jacob A Brun, Defendant,

By /s/ John Velasquez_____
     John Velasquez, #
     Attorney for Defendant

     222 South 15th Street, #300N
     Omaha, NE 68102
     Telephone: (402) 221-7896
     Fax: (402) 221-7884
     E-Mail: john_velasquez@fd.org