IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:20CR38 |
| Plaintiff, | ) ) ) | **UNOPPOSED MOTION TO** |
| v. | ) ) | **CONTINUE TRIAL** |
| JACOB A. BRUN, | ) ) ) | |
| Defendant. | ) | |

The Defendant, Jacob A. Brun, through undersigned counsel, hereby moves the Court to continue trial in this matter, presently scheduled for March 30, 2020, for a period of 90 days. In support of this request, the Defendant states:

1. The parties have been actively engaged in negotiation. An additional 90 days may assist the parties in resolving this matter short of trial and thus may conserve judicial resources.

2. Assistant United States Attorney Lesley A. Woods has informed counsel that she does not object to a continuance of trial.

3. Counsel has informed the Defendant of his right to a speedy trial in this case. Understanding that right, the Defendant agrees that this motion is in his best interests and waives any right to a speedy trial during the pendency of this motion.

WHEREFORE, the Defendant requests that the Court continue trial in this matter for not less than 90 days.

JACOB A. BRUN, Defendant,

By:    s/ John J. Velasquez
       **JOHN J. VELASQUEZ**
       **Assistant Federal Public Defender**
       222 South 15th Street, Suite 300N
       Omaha, NE 68102
       (402) 221-7896
       Fax: (402) 221-7884
       email: john_velasquez@fd.org