IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JACOB A. BRUN,<br><br>               Defendant. | 8:20CR38<br><br>MOTION TO RESTRICT |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to restrict the Government's Index of Evidentiary Materials and the Index's attached Exhibits.

                                  UNITED STATES OF AMERICA, Plaintiff

                                  JOSEPH P. KELLY
                                  United States Attorney
                                  District of Nebraska

                        By:    s/ *Lesley Woods*
                                  LESLEY WOODS, TX #24092092
                                  Assistant United States Attorney
                                  1620 Dodge St., Suite 1400
                                  Omaha, NE  68102
                                  402-661-3700
                                  lesley.woods@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on September 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                      *s/ Lesley Woods*
                                      Assistant U.S. Attorney