IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2020 SEP 24 PM 4: 26
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JACOB A. BRUN<br><br>　　　　　Defendants. | 8:20CR38<br><br>SECOND SUPERSEDING<br>INDICTMENT<br>18 U.S.C. § 111(a)(1) & (b)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 844(a) |

The Grand Jury charges that

### COUNT I

On or about December 19, 2019, in the District of Nebraska, JACOB A. BRUN, defendant herein, did forcibly and knowingly assault Victim 1, a Task Force Officer with the Federal Bureau of Investigation, while Victim 1 was engaged in the performance of his official duties. It is further alleged that the defendant used a deadly or dangerous weapon, that is, the defendant's vehicle during the forcible assault.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

### COUNT II

On or about December 19, 2019, in the District of Nebraska, JACOB A. BRUN, defendant herein, did knowingly use and carry a firearm, that is, a .380 caliber Taurus handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, the assault with a deadly weapon, the defendant's vehicle, charged in Count I, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT III

On or about December 19, 2019, in the District of Nebraska, JACOB A. BRUN, defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: on or about November 8, 2018, in the District Court of Douglas County, Possession of a Controlled Substance, a felony, did knowingly possess in and affecting interstate commerce, a firearm, that is a .380 caliber Taurus handgun, said firearm having been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT IV

Between or about April 1, 2019, and March 6, 2020, in the District of Nebraska, the defendant, JACOB A. BRUN, did knowingly and intentionally distribute a mixture or substance containing methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT V

On or about December 19, 2019, in the District of Nebraska, the defendant, JACOB A. BRUN, knowingly and intentionally possessed Clonazepam, a Schedule IV controlled substance.

In violation of Title 21, United States Code, Section 844(a).

## COUNT VI

On or about December 19, 2019, in the District of Nebraska, JACOB A. BRUN, defendant herein, did knowingly possess a firearm, that is, a shotgun and a .380 caliber Taurus handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of a controlled substance with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

                                           A TRUE BILL.


                                           FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

                                           LESLEY A. WOODS, #TX 24092092
                                           Assistant United States Attorney