IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR38 |
| v. | |
| JACOB A. BRUN, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 72) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) and the Superseding Indictment (Filing No. 24) against Jacob A. Brun. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 72) is granted.
2. The Indictment (Filing No. 1) and the Superseding Indictment (Filing No. 24) are dismissed without prejudice as to defendant Jacob A. Brun only.

Dated this 18th day of November 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge