IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR38 |
| | ) | |
| vs. | ) | |
| | ) | |
| JACOB A. BRUN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Motion to Continue Trial [122]. Counsel for defendant needs additional time to conduct an independent investigation of a newly listed government witness. A hearing was held February 28, 2022. The government was represented by Lesley A. Woods and the defendant was represented by Jerry M. Hug. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [122] is granted, as follows:

1. The jury trial now set for February 28, 2022, is continued to **March 14, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 14, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned judge.**

DATED: February 28, 2022.

BY THE COURT:

*Robert F. Rossiter, Jr.*

**Robert F. Rossiter, Jr.**
**Chief United States District Judge**