IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JACOB A. BRUN,

        Defendant.

8:20CR38

ORDER

This matter is before the Court on defendant Jacob A. Brun's ("Brun") Motion for Return of Seized property (Filing No. 189).

The United States Attorney's Office does not object to the return of the property specifically listed in the motion. Brun's motion is granted. Any of the following property in the custody of the Douglas County Sheriff's Department shall be transferred to Eric J. Brun:

1. 2009 Honda Accord EX-L VIN 1HGCP36829A031055;
2. Black Dell laptop bag containing a Dell laptop computer;
3. HP laptop S/N CNDD6053155;
4. Black Samsung Galaxy s10e;
5. Samsung Galaxy s9 w/ PINK case;
6. Samsung Galaxy watch;
7. Silver chain link necklace;
8. Nike wallet;
9. Leather belt; and
10. $32.50 in U.S. currency.

IT IS SO ORDERED.

Dated this 11th day of April 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge